IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>[1] EZEQUIEL OLIVO-BIDO<br>[2] RICARDO FERNANDEZ-ULLOA<br>[3] ROBERTO ANDINO-TREMOLS<br>[4] BRYAN JOEL DIAZ HERNANDEZ<br>[5] JUNIOR ALCANTARA-ESCOBOSO<br><br>Defendants | INDICTMENT<br><br>Criminal No. 24- 05 (CVR)<br><br>Violations:<br>18 U.S.C. § 922(o)<br>18 U.S.C. §§ 2<br>18 U.S.C. § 922(g)(5)(A)<br><br>Forfeiture Allegations<br><br>**TWO COUNTS** |

**THE GRAND JURY CHARGES:**

### COUNT ONE
Illegal Possession of a Machinegun; Aiding and Abetting
18 U.S.C. § 922(o) & 18 U.S.C. §2

On or about January 8, 2024, in the District of Puerto Rico and within the jurisdiction of this Court, the defendants,

**[1] EZEQUIEL OLIVO-BIDO
[2] RICARDO FERNANDEZ-ULLOA
[3] ROBERTO ANDINO-TREMOLS
[4] BRYAN JOEL DIAZ HERNANDEZ
[5] JUNIOR ALCANTARA-ESCOBOSO**

did knowingly and unlawfully possess, adding and abetting one another, machineguns, that is, a firearm modified to shoot more than one shot, without manual reloading, by a single function of the trigger– that is: one (1) Anderson multicaliber rifle bearing serial number 18094751; one (1) Glock pistol, Model 23,

Page 1

Generation 5, .40 caliber, serial number CAKR502; and one (1) Glock pistol, Model 23, Generation 4, .40 caliber bearing serial number BFBD328. All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT TWO
Illegal Alien in Possession of Firearms and Ammunition
18 U.S.C. § 922(g)(5)

On or about January 8, 2024, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

### [5] JUNIOR ALCANTARA-ESCOBOSO,

knowing that he was an alien illegally and unlawfully in the United States did knowingly possess firearms and ammunition, that is: one (1) Anderson multicaliber rifle bearing serial number 18094751; one (1) Glock pistol, Model 23, Generation 5, .40 caliber, serial number CAKR502; and one (1) Glock pistol, Model 23, Generation 4, .40 caliber bearing serial number BFBD328, ninety nine (99) .40 ammunition, and one hundred and nine (109) .40 ammunition, said firearms and ammunition having been shipped and transported in interstate and foreign commerce. All in violation of 18 U.S.C. §§ 922(g)(5) and 924(a)(2).

## FIREARMS FORFEITURE ALLEGATION

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense as set forth in Counts One and Two of this Indictment, the defendants,

[1] EZEQUIEL OLIVO-BIDO
[2] RICARDO FERNANDEZ-ULLOA
[3] ROBERTO ANDINO-TREMOLS
[4] BRYAN JOEL DIAZ HERNANDEZ
[5] JUNIOR ALCANTARA-ESCOBOSO

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to: one (1) Anderson multicaliber rifle bearing serial number 18094751; one (1) Glock pistol, Model 23, Generation 5, .40 caliber, serial number CAKR502; and one (1) Glock pistol, Model 23, Generation 4, .40 caliber bearing serial number BFBD328, ninety nine (99) .40 ammunition, one hundred and nine (109) .223 ammunition, one (1) .40 caliber magazine with 13 round capacity; four (4) .40 caliber high-capacity magazines; one (1) .223 caliber magazine with 60 round capacity; and two (2) 5.56x45 magazines with 40 round capacity.

All in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

TRUE BILL

███████

———————————————
FOREPERSON
Date: Jan/16, 2024

W. STEPHEN MULDROW
United States Attorney

———————————————
Alberto Lopez Rocafort
Assistant United States Attorney
Chief, Gangs Unit

———————————————
Carlos Romo Aledo
Special Assistant United States Attorney

———————————————
Laura Díaz-González
Assistant United States Attorney

Page 4