IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO ANDINO-TREMOLS (3),<br><br>Defendant. | CRIM. NO. 24-cr-00005 (CVR) |

## MOTION TO RESTRICT

To the Honorable Court:

**COMES NOW,** defendant, Roberto Andino-Tremols, represented by his attorney and very respectfully states, alleges, and prays:

1. Defendant Roberto ANDINO-Tremols is filing an Emergency Motion Requesting Order that contains personal information that should be kept confidential.

2. We are filing this Motion under "SELECTED PARTIES" restriction. In doing so, the undersigned attorney has applied the criteria applied by this US District Court under Standing Order Number 9.

**THEREFORE,** the Defendant requests the Court to allow the restriction of SELECTED PARTIES in the document Emergency Motion Requesting Order.

Respectfully submitted.

1

In San Juan, Puerto Rico this 2nd day of April of 2024.

        s/ **Peter Díaz Santiago**
          **Peter Díaz Santiago, Esq.**
          **USDC PR 215104**
          PMB 301, PO Box 194000
          San Juan, Puerto Rico 00919-4000
          Tel.: 787-414-3214
          Pdiaz.notifications@gmail.com

**CERTIFICATE OF SERVICE:**

**I HEREBY CERTIFY** that a true and correct copy of this document was notified to the Parties of the case using the CM/ECF System of the Court that will make the electronic notifications on the date of this filing.

                                **s/   Peter Díaz Santiago**
                                **Peter Díaz Santiago, Esq.**
                                **USDC PR 215104**